**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-12-27-GF-BMM-2** |
| Plaintiff, | |
| vs. | **ORDER** |
| CHRISTOPHER STEVEN RITTER, | |
| Defendant. | |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston conducted a revocation hearing on November 15, 2016. (Doc. 182 at 3.) Ritter admitted that he violated the conditions of his supervised release. *Id.* Judge Johnston continued Ritter's revocation hearing for sixty days to give him an opportunity to show the Court that he could comply with the terms of his supervised release. *Id.* Judge Johnston conducted the revocation hearing on January 17, 2017. *Id.* Judge Johnston found that Mr. Ritter had successfully met the Court's expectations

during the sixty-day period. *Id.* The Government moved to dismiss the revocation petition. *Id.*

Judge Johnston entered his Findings and Recommendations on February 6, 2017. Judge Johnston recommended that this Court dismiss the revocation petition based upon the Government's motion. *Id.* at 4. No objections were filed by either party. Judge Johnston's Findings and Recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1319 (9th Cir. 1981).

The Court agrees with Judge Johnston's Findings and Recommendations. Accordingly, IT IS ORDERED:

1. Judge Johnston's Findings and Recommendations (Doc. 182) are adopted in full.

2. The petition to revoke Defendant's supervised release is DISMISSED.

3. Defendant shall remain on supervision subject to the conditions imposed previously.

DATED this 21st day of February, 2017.

Brian Morris
United States District Court Judge