# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-27-GF-BMM |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER S. RITTER, | **AMEDED ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston conducted a revocation hearing in this matter on November 7, 2018. (Doc. 195.) The United States accused Defendant Christopher S. Ritter of violating his conditions of supervised release both by 1) failing to notify his probation officer of a change in employment, and 2) failing to complete successfully his programming at the Great Falls Pre-Release Center. (Doc. 199 at 2.) Ritter admitted to both violations of his supervised release. (Doc. 199 at 2.) The violations prove serious and warrant revocation of Madplume's supervised release.

Judge Johnston entered Findings and Recommendations on November 7, 2018. (Doc. 199.) Judge Johnston recommended that the Court revoke Ritter's supervised release. (Doc. 199 at 3.) Judge Johnston recommended that the Court

commit Ritter to the custody of the Bureau of Prisons for twelve months and one day, with no period of supervised release to follow. (Doc. 199 at 3.)

Neither party filed objections. Accordingly, the Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no clear error in Judge Johnston's Findings and Recommendations. Ritter's violations represent a serious breach of the Court's trust. A custodial sentence of twelve months and one day, with no period of supervised release to follow is a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 199) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Christopher S. Ritter is sentenced to twelve months and one day in custody, with no period of supervised release to follow.

DATED this 27th day of November, 2018.

_____
Brian Morris
United States District Court Judge